## 55328. DEIN v. CITIZENS JEWELRY COMPANY.

DEEN, Presiding Judge.

On August 15, 1977, Ed Dein obtained a certificate of immediate review from the State Court of DeKalb County. He also filed a notice of appeal on October 6, 1977, which states that he is appealing from all orders entered in his case. This case was tried by a jury on December 12, 1977. *Held:*

Appellant has failed to comply with Code Ann. § 6-701(a)2 because he did not file a petition with this court for permission to file an interlocutory appeal within ten days after the trial court issued a certificate for immediate review. Accordingly, his appeal is dismissed and his motion to consolidate this appeal with his appeal from the jury verdict is denied.

*Appeal dismissed. Smith and Banke, JJ., concur.*

ARGUED FEBRUARY 2, 1978 — DECIDED FEBRUARY 16, 1978 — REHEARING DENIED MARCH 2, 1978.

*Hirsch Friedman, Arnold Cooperman,* for appellee.

ON MOTION FOR REHEARING.

On August 23, 1977, appellant filed a petition with this court for permission to file an interlocutory appeal. His petition was denied on September 7, 1977. He is now

attempting to bring a direct appeal from an order of October 6, 1977, granting a writ of possession to appellee. However, Code Ann. § 67-705 (d) provides in part: "Issuance of said writ of possession shall not affect the merits of said case but shall affect the right to possession pending a final decision on the merits." Thus appellant's appeal is not based on a final judgment, and as he has not followed the provisions of Code Ann. § 6-701 for an interlocutory appeal, his appeal must be dismissed.

*Motion for rehearing denied.*